UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

17 AUG 21 AM 11: 26

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00998-MMA |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| HECTOR ORTIZ | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of Methamphetamine (Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/17/17

Nita L. Stormes
U.S. Magistrate Judge